**Opinion issued December 2, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-21-00580-CR**

———————————

**IN RE JOSEPH NELSON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Joseph Nelson, acting pro se, has filed a petition for writ of mandamus asserting that he is entitled to an examining trial and complaining of his pre-trial detention.[1] Among other things, the petition does not comply with the requirements

---

[1] The underlying case is *The State of Texas v. Joseph Nelson,* cause number 20-CR-3161, pending in the 122nd District Court of Galveston County, Texas, the Honorable John Ellisor presiding.

enumerated in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a)–

(h), (j)–(k); TEX. R. APP. P. 52.7. Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Landau.

Do not publish. TEX. R. APP. P. 47.2(b).